Tesfaye W. Tsadik, Esq.
Law Offices of Tesfaye W. Tsadik
1736 Franklin Street, 10th Floor
Oakland, CA 94612
(510) 839-3922
Facsimile (510) 444-1704
Email: ttsadik@pacbell.net

Beniam Biftu, Esq.
Law Offices of Beniam Biftu
3 Ocala Court
Freehold, NJ 07728

Attorneys for Plaintiff
PETE LIVINGSTON

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETE LIVINGSTON,<br><br>   Plaintiff,<br><br>   v.<br><br>ART.COM, INC., DREAM CITY PHOTO LAB, JACK ALLEN, CULTURENIK PUBLISHING INC., and CLASSICO SAN FRANCISCO, INC., | Case No.  C13-3748 JSC<br><br>**PLAINTIFF'S REQUEST TO ENTER DEFAULT AGAINST DEFENDANTS DREAM CITY PHOTO LAB and JACK ALLEN PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 55 (a)** |

TO:     THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN

          DISTRICT OF CALIFORNIA

Plaintiff Pete Livingston hereby requests that the Clerk of the United States District for the Northern District of California enter default in this action against defendants Dream City Photo Lab and Jack Allen under Rule 55 (a) of the Federal Rules of Civil Procedure.

-1-

1  Both defendants were served with the complaints and summons. See Declaration of
2  Tesfaye W. Tsadik pursuant to Federal Rules of Civil Procedure 55 (a); and Exhibit Thereto
3  (Tsadik Decl.), filed herewith. Defendants Dream City Photo Lab and Jack Allen filed to file any
4  responsive pleading or otherwise appear in this action.

5  Pursuant to the summons and proof of service, defendants were required to file any
6  responsive pleadings or otherwise appear in this action by no later than October 24, 2013.

7  Due to the foregoing, plaintiff Pete Livingston respectfully request the Clerk to enter
8  default against defendants Dream City Photo Lab and Jack Allen.

9  Dated: November 12, 2013

             */s/ Tesfaye W. Tsadik*
   Tesfaye W. Tsadik, Esq.
   Attorney for Plaintiff
   Pete Livingston

-2-