1 | Tesfaye W. Tsadik, Esq.
Law Offices of Tesfaye W. Tsadik
2 | 1736 Franklin Street, 10th Floor
Oakland, CA 94612
3 | (510) 839-3922
Facsimile (510) 444-1704
4 | Email: ttsadik@pacbell.net

5 | Beniam Biftu, Esq.
Law Offices of Beniam Biftu
6 | 3 Ocala Court
Freehold, NJ 07728
7

8 | Attorneys for Plaintiff
PETE LIVINGSTON
9

10

11
UNITED STATES DISTRICT COURT
12 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

13

PETE LIVINGSTON            )   Case No. C13-3748 JSC
14                         )
          Plaintiff,        )
15                         )   **DECLARATION OF TESFAYE W.**
    v.                      )   **TSADIK IN SUPPORT REQUEST FOR**
16                         )   **CLERK'S ENTERY OF DEFAULT**
ART.COM, INC., DREAM CITY   )   **PURSUANT TO FRCP RULE 55 (a)**
17 | PHOTO LAB, JACK ALLEN,   )
CULTURENIK PUBLISHING       ),
18 | INC., and CLASSICO SAN   )
FRANCISCO, INC.,            )
19                         )
_____

20

21 |     I, Tesfaye W. Tsadik, declare:

22 |     1. I am the attorney of record and co-counsel in this action.

23 |     2. The complaint which was filed on August 13, 2013 and was served together with

24 | summons, civil cover sheet, order setting initial case management conference and ADR deadline,

25 | civil Standing Order for Magistrate Jude Jacqueline Scott Corely, Standing order for all Judges

26 | on the Northern District of California, consent to proceed before a magistrate judge form

27

28 | -1-

1  declination to proceed before a magistrate judge and request for Reassignment to the United
2  States District Judge was on both defendants Dream City Photo Lab and Jack Allen on October
3  3, 2013.  (See Docket #11 and #12)
4      3.  Per the notice of the summons served on the defendants, defendants were required to
5  file responsive pleadings or otherwise appear in the action on or before October 24, 2013 and
6  clerk's entry of default is appropriate in this action.
7      I declare under penalty of perjury and the laws of the California and the United States that
8  the foregoing it true and correct.
9      Executed at Oakland, California on November 12, 2013.

                                      */s/ Tesfaye W. Tsadik*
                                      Tesfafye W. Tsadik

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-3-