IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETE LIVINGSTON,<br><br>            Plaintiff,<br><br>      v.<br><br>ART.COM, INC., et al.,<br><br>            Defendants. | Case No.: C-12-04389 JSC<br><br>**ORDER FOLLOWING NOVEMBER 21, 2013 CASE MANAGEMENT CONFERENCE** |

The Court held a Case Management Conference ("CMC") on November 21, 2013. At the CMC, the parties agreed to file by Wednesday, November 27, 2013 either a stipulation to sever the defendants-in-default case or a letter informing the Court that it should reassign the action. The Court also referred the parties for an Early Neutral Evaluation ("ENE") to occur within the next 90 days. In preparation for the ENE, Defendant Art.com, Inc. agreed to produce the initial sales invoices from April 2004 if such invoices can be located as well as computer print-outs recording sales of the allegedly infringing work. Beyond Rule 26 initial disclosures, all other discovery is stayed until the next CMC, which is set for March 6, 2014 at 1:30 p.m., or until the parties agree otherwise.

IT IS SO ORDERED.

Dated: November 22, 2013

                                              _____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

United States District Court
Northern District of California