Simon J. Frankel (State Bar No. 171552)
sfrankel@cov.com
Matthew D. Kellogg (State Bar No. 280541)
mkellogg@cov.com
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111-5356
Tel.:   (415) 591-6000
Fax:   (415) 591-6091

Attorneys for Defendants
ART.COM, INC. and
CULTURENIK PUBLISHING, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PETE LIVINGSTON,<br><br>    Plaintiff,<br><br>    v.<br><br>ART.COM, INC., CULTURENIK PUBLISHING, INC., and CLASSICO SAN FRANCISCO, INC.,<br><br>    Defendants. | Case No.: 3:13-cv-03748-JSC<br><br>**STIPULATED REQUEST FOR ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE PURSUANT TO CIVIL L.R. 6-2** |

1      Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Pete Livingston, on the one hand, and Defendants Art.com, Inc. and Culturenik Publishing, Inc. (collectively, "Defendants"), on the other, stipulate as follows:

      WHEREAS, on November 22, 2013, the Court issued an Order referring the parties for an Early Neutral Evaluation ("ENE") to occur within the next 90 days and scheduling the next Case Management Conference ("CMC") for March 6, 2014 (Dkt. No. 33);

      WHEREAS, because of scheduling difficulties related to the holiday season, an ENE Evaluator was not appointed in this case until January 14, 2014 (Dkt. No. 36);

      WHEREAS, on January 27, 2014, the appointed Evaluator withdrew from the case because of a newly discovered conflict, and the ADR Clerk appointed a new Evaluator on January 30, 2014 (Dkt. Nos. 37, 38);

      WHEREAS, based on the parties' availability, the ENE Hearing has been scheduled for March 4, 2014, which is two days before the currently scheduled CMC on March 6, 2014 and five days after the parties would be required to file a Joint Case Management Statement pursuant to Civil L.R. 16-10(d);

      NOW, THEREFORE, Plaintiff and Defendants jointly request that the Court enter an order moving the date of the next CMC to March 20, 2014.  This change will not alter the date of any other event or deadline already fixed by Court order.  Attached to this stipulation is the supporting declaration of Simon J. Frankel, as required by Civil L.R. 6-2(a).

      IT IS SO STIPULATED.

[*Signatures on following page.*]

| | | |
|---|---|---|
| 1 | DATED: February 14, 2014 | COVINGTON & BURLING LLP |
| 2 | | |
| 3 | | |
| 4 | | By:  /s/ Simon J. Frankel |
|   | | Simon J. Frankel |
| 5 | | |
|   | | Attorneys for Defendants |
| 6 | | ART.COM, INC. and |
|   | | CULTURENIK PUBLISHING, INC. |
| 7 | | |
| 8 | DATED: February 14, 2014 | LAW OFFICES OF TESFAYE W. TSADIK |
| 9 | | |
| 10 | | |
| 11 | | By:  /s/ Tesfaye W. Tsadik |
|   | | Tesfaye W. Tsadik |
| 12 | | |
| 13 | | Attorney for Plaintiff |
|   | | PETE LIVINGSTON |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  Feb. 24 , 2014

_Jacqueline S. Corley_
Hon. Jacqueline Scott Corley
United States Magistrate Judge

1

**ECF CERTIFICATION**

2     I, Simon J. Frankel, am the ECF User whose identification and password are

3   being used to file this Stipulated Request for Order Rescheduling Case Management Conference

4   Pursuant to Civil L.R. 6-2.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that

5   Plaintiff's counsel Tesfaye W. Tsadik has concurred in this filing.

6

7

8   DATED:  February 14, 2014          COVINGTON & BURLING LLP

9

10                   By:  */s/ Simon J. Frankel*
                      Simon J. Frankel

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  Simon J. Frankel (State Bar No. 171552)
   sfrankel@cov.com
2  Matthew D. Kellogg (State Bar No. 280541)
   mkellogg@cov.com
3  COVINGTON & BURLING LLP
   One Front Street
4  San Francisco, CA 94111-5356
   Tel.:   (415) 591-6000
5  Fax:   (415) 591-6091

6  Attorneys for Defendants
   ART.COM, INC. and
7  CULTURENIK PUBLISHING, INC.

8

9                    UNITED STATES DISTRICT COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12

13

14 | PETE LIVINGSTON,                          | Case No.: 3:13-cv-03748-JSC
   |         Plaintiff,                        |
15 |                                           | **DECLARATION OF SIMON J.
   |    v.                                     | FRANKEL IN SUPPORT OF
16 |                                           | STIPULATED REQUEST FOR
   | ART.COM, INC., CULTURENIK                 | ORDER RESCHEDULING CASE
17 | PUBLISHING, INC., and CLASSICO SAN        | MANAGEMENT CONFERENCE
   | FRANCISCO, INC.,                          | PURSUANT TO CIVIL L.R. 6-2**
18 |                                           |
   |         Defendants.                       |
19

20

21

22

23

24

25

26

27

28

DECLARATION OF SIMON J. FRANKEL IN SUPPORT OF                   Case No.: 3:13-cv-03748-JSC
STIPULATED REQUEST FOR ORDER RESCHEDULING
CASE MANAGEMENT CONFERENCE PURSUANT TO
CIVIL L.R. 6-2

# DECLARATION OF SIMON J. FRANKEL

1. I am an attorney in the law firm of Covington & Burling LLP, counsel for defendants Art.com, Inc. and Culturenik Publishing, Inc.  The matters set forth herein are true and correct and of my own personal knowledge, and, if called as a witness, I could and would testify competently thereto.

2. On November 22, 2013, the Court issued an Order referring the parties for an Early Neutral Evaluation ("ENE") to occur within the next 90 days and scheduling the next Case Management Conference ("CMC") for March 6, 2014.  (Dkt. No. 33.)

3. Because of scheduling difficulties related to the holiday season, an ENE Evaluator was not appointed in this case until January 14, 2014.  (Dkt. No. 36.)

4. On January 27, 2014, the appointed Evaluator withdrew from this case because of a newly discovered conflict, and the ADR Clerk appointed a new Evaluator on January 30, 2014.  (Dkt. Nos. 37, 38.)

5. Based on the parties' availability, the ENE Hearing has been scheduled for March 4, 2014, which is two days before the currently scheduled CMC on March 6, 2014 and five days after the parties would be required to file a Joint Case Management Statement pursuant to Civil L.R. 16-10(d).

6. Rescheduling the date of the next CMC to March 6, 2014 will not alter the date of any other event or deadline already fixed by Court order.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed in San Francisco, California on February 14, 2014.

*/s/ Simon J. Frankel*
Simon J. Frankel