UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETE LIVINGSTON,<br><br>    Plaintiff,<br><br>    v.<br><br>ART.COM, INC., et al.,<br><br>    Defendants. | Case No.  13-cv-03748-JSC<br><br>**ORDER FOLLOWING MARCH 20, 2014 CASE MANAGEMENT CONFERENCE** |

As discussed at the Case Management Conference on March 20, 2014, Defendants shall file their motion for summary judgment addressing the availability of statutory damages, punitive damages, and attorney's fees by **April 24, 2014**.  Plaintiff's opposition shall be filed on or before **May 22, 2014** and Defendants' reply, if any, shall be filed by **June 5, 2014**.  The Court will hold a hearing at **9:00 a.m. on June 26, 2014.**  The parties may immediately commence discovery, including third-party discovery, limited to the issues raised by the motion for summary judgment.  Given the briefing schedule, the parties shall cooperate in the production of such discovery without the need for formal written requests.  If a dispute arises as to whether certain requested discovery is reasonable, the parties may bring the dispute to the Court's attention via a joint discovery letter brief as set forth in the Court's civil standing order.

**IT IS SO ORDERED.**

Dated: March 20, 2014

_Jacqueline S. Corley_
JACQUELINE SCOTT CORLEY
United States Magistrate Judge