Tesfaye W. Tsadik, Esq. (State Bar No. 108103)
ttsadik@pacbell.net
Law Offices of Tesfaye W. Tsadik
1736 Franklin Street, 10th Floor
Oakland, CA 94612
Telephone: (510) 839-3922
Facsimile:  (510) 444-1704

Beniam Biftu, Esq. (State Bar No. 315267)
beniambiftu@yahoo.com
Biftu Law, LLC
3 Ocala Court
Freehold, NJ 07728
Telephone: (609) 890-2473

Attorneys for Plaintiff
Pete Livingston

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PETE LIVINGSTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ART.COM, INC., CULTURENIK PUBLISHING, INC., and CLASSICO SAN FRANCISCO, INC.<br><br>　　　　Defendants. | Civil Case No.: 3:13-cv-03748-JSC<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF PETE LIVINGSTON'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL<br><br>Date:　　　　June 26, 2014<br>Time:　　　　9:00 a.m.<br>Judge:　　　　The Honorable<br>　　　　　　　Jacqueline Scott Corley<br>Courtroom:　　Courtroom F, 15th Floor |

As set forth in Plaintiff Pete Livingston's ("Plaintiff") Administrative Motion to File Under Seal, Plaintiff lodged with the Court the following document:

1. Exhibit D to the Declaration of Plaintiff Pete Livingston in Opposition to Defendants' Art.com, Inc. and Culturenik Publishing, Inc. Motion For Partial Summary Judgment and in Support of Plaintiff's Cross Motion for Partial Summary Judgment as to Availability of Statutory Damages, which is a complete and accurate digital copy of the book *Marilyn by Moonlight* (1996 Edition) encompassing a collection of Marilyn Monroe photographs.

Having considered the Plaintiff's Administrative Motion, the Declaration of Pete Livingston in Support of Plaintiff's Administrative Motion to File Under Seal, and good cause appearing therefore;

IT IS HEREBY ORDERED that the above referenced document is to be filed under seal.

Dated: July 28, 2014

*Jacqueline S. Corley*

Hon. Jacqueline Scott Corley
United States Magistrate Judge

[PROPOSED] ORDER GRANTING PLAINTIFF PETE LIVINGSTON'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL

Civil Case No.: 3:13-cv-03748 JSC