Simon J. Frankel (State Bar No. 171552)
sfrankel@cov.com
Matthew D. Kellogg (State Bar No. 280541)
mkellogg@cov.com
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111-5356
Tel.:   (415) 591-6000
Fax:   (415) 591-6091

Attorneys for Defendants
ART.COM, INC. and
CULTURENIK PUBLISHING, INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| PETE LIVINGSTON,<br><br>   Plaintiff,<br><br>   v.<br><br>ART.COM, INC., CULTURENIK PUBLISHING, INC., and CLASSICO SAN FRANCISCO, INC.,<br><br>   Defendants. | Case No.: 3:13-cv-03748-JSC<br><br>**[PROPOSED]** ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S PURPORTED "CROSS MOTION" FOR PARTIAL SUMMARY JUDGMENT |

1  Upon consideration of Defendants' Administrative Motion to File Under Seal
2  Documents in Support of Defendants' Motion for Partial Summary Judgment and in Opposition
3  to Plaintiff's Purported "Cross Motion" for Partial Summary Judgment, and a compelling reason
4  appearing as described in the accompanying Declaration of Simon J. Frankel, Defendants'
5  Administrative Motion is GRANTED.  The following documents shall be sealed consistent with
6  Defendants' Administrative Motion:

| Documents to Be Sealed |
| --- |
| Exhibit A to the Supplemental Declaration of Gary Takemoto in Support of Defendants' Motion for Partial Summary Judgment in Support of Defendants' Motion for Partial Summary As to (a) Availability of Statutory Damages and Attorney's Fees and (b) Conversion Cause of Action and Claim for Punitive Damages ("Supplemental Takemoto Declaration"). |
| Exhibit B to the Supplemental Takemoto Declaration. |
| Exhibit A to the Supplemental Declaration of Patrick Smith in Support of Defendants' Motion for Partial Summary Judgment in Support of Defendants' Motion for Partial Summary As to (a) Availability of Statutory Damages and Attorney's Fees and (b) Conversion Cause of Action and Claim for Punitive Damages ("Supplemental Smith Declaration"). |

IT IS SO ORDERED.

DATED:  July 28, 2014         By: _____
                                  The Honorable Jacqueline Scott Corley
                                  United States Magistrate Judge

[PROPOSED] ORDER GRANTING DEFENDANTS'          1          Case No.: 3:13-cv-03748-JSC
ADMINISTRATIVE MOTION TO FILE UNDER SEAL