UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETE LIVINGSTON,<br>　　　　　Plaintiff,<br>　　v.<br>ART.COM, INC., et al.,<br>　　　　　Defendants. | Case No. 13-cv-03748-JSC<br><br>**ORDER REFERRING CASE TO JUDGE SPERO FOR SETTLEMENT CONFERENCE** |

　　　Following the Case Management Conference on September 4, 2014, the Court refers this action to Magistrate Judge Joseph Spero for a settlement conference to occur at Judge Spero's earliest convenience. Judge Spero's staff will contact the parties regarding a date.

　　　**IT IS SO ORDERED.**

Dated: September 4, 2014

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge