1

2

3

4

5                         IN THE UNITED STATES DISTRICT COURT

6                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    PETE LIVINGSTON,                              No.  CV 13-03748 JSC

9              Plaintiff,                          **ORDER**

10     v.

11   ART.COM, INC.,

12             Defendant.

13   _____/

14   GOOD CAUSE APPEARING THEREFOR,

15          IT IS ORDERED that this case is reassigned to the **Honorable CRB** in the **San Francisco**

16   **division** for all further proceedings. Counsel are instructed that all future filings shall bear the

17   **initials CRB** immediately after the case number. All dates presently scheduled are vacated and

18   motions should be renoticed for hearing before the judge to whom the case has been reassigned.

19   Briefing schedules, including ADR and other deadlines remain unchanged. *See* Civil L.R. 7-7(d).

20   Matters for which a magistrate judge has already issued a report and recommendation shall not be

21   rebriefed or noticed for hearing before the newly assigned judge; such matters shall proceed in

22   accordance with Fed. R. Civ. P. 72(b).

23

24                                                 FOR THE EXECUTIVE COMMITTEE:

25

26   Dated:  April 17, 2015

27                                                 Richard W. Wieking
                                                   Clerk of Court

28

A true and correct copy of this order has been served by mail upon any pro se parties.

**United States District Court**
For the Northern District of California